UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Santiago VAZQUEZ-Jimenez,<br><br>Defendant. | '08 MJ 1597<br>Magistrate Case No._____<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, U.S.C., Section<br>1324(a)(1)(A)(iv)-Inducing and<br>Encouraging Illegal Aliens<br>To Enter the United States<br><br>Title 8, U.S.C., Section<br>1324(a)(2)(B)(iii)-Bringing In Illegal Aliens<br>Without Presentation |

The undersigned complainant being duly sworn states:

### Count I

On or about **May 20, 2008**, within the Southern District of California, defendant **Santiago VAZQUEZ-Jimenez**, did encourage and induce an alien, namely **Francisca Elena SALGADO-Hernandez** with the intent to violate the immigration laws of the United States, to come to, enter and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry and residence in the United States is and will be in violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv).

### Count II

On or about **May 20, 2008**, within the Southern District of California, defendant **Santiago VAZQUEZ-Jimenez**, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, **Maria Petra CURIEL-Rosas and Alan Fabian GARCIA-Gonzalez**, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens, and upon arrival did not bring and present said aliens immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Sara Esparagoza, United States Customs
and Border Protection Enforcement Officer

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **22ND** DAY OF **MAY, 2008**.

UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

The complainant states that **Francisca Elena SALGADO-Hernandez, Maria Petra CURIEL-Rosas and Alan Fabian GARCIA-Gonzalez** are citizens of a country other than the United States; that said aliens admitted they are deportable; that their testimony is material; that it is impracticable to secure their attendance at trial by subpoena; and that they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On May 20, 2008 at approximately 2134 hours, **Santiago VAZQUEZ-Jimenez (Defendant)** made application for admission into the United States at the San Ysidro, California Port of Entry via the vehicle primary lanes. Defendant was the driver of a brown 1977 Buick Le Sabre. Defendant was accompanied by two visible passengers. Upon inspection before a Customs and Border Protection (CBP) Officer, Defendant made two negative customs declarations and presented a Border Crossing Card (Form DSP-150) bearing the name Victor Manuel Ruelas Alvarez. Defendant also presented two additional Border Crossing Cards bearing the names Valentin Valdez Pando and Griselda Radilla Gutierrez on behalf of the two passengers. The CBP Officer suspected Defendant and the two passengers were impostors to the documents presented. Upon inspection of the vehicle, several persons were found concealed in the trunk. The vehicle and its occupants were subsequently escorted to secondary for further inspection.

In secondary, Defendant and the two visible passengers were confirmed to be impostors to the documents presented. Defendant and the passengers were determined to be citizens of Mexico without legal documents to enter the United States. The female passenger was retained as a Material Witness and is now identified as **Francisca Elena SALGADO-Hernandez (MW1)**. Also in secondary, five adult males and one adult female were removed from the trunk. The six concealed persons were also determined to be citizens of Mexico without legal documents to enter the United States. Two were retained as Material Witnesses and are now identified as **Maria Petra CURIEL-Rosas (MW2) and Alan Fabian GARCIA-Gonzalez (MW3)**.

During a videotaped proceeding, Defendant was advised of his Miranda rights and elected to submit to questioning without benefit to counsel. Defendant admitted he is not the rightful owner of the Border Crossing Card he presented as his own and that he does not have legal documents to enter the United States. Defendant admitted knowledge that the two passengers were not the rightful owners of the Border Crossing Cards he presented on their behalf and that he also had knowledge that they do not possess legal documents to enter the United States. Defendant admitted making arrangements to drive the vehicle and deliver the passengers to an undisclosed location in California. Defendant stated that in exchange for driving the vehicle, he would receive a discount of $2,500.00 USD from his fee of $3,500.00 USD.

On separate videotaped interviews, Material Witnesses all admitted they are citizens of Mexico without legal rights to enter the United States. Material Witnesses stated they were to pay fees ranging from $2,000.00 to $3,500.00 USD to be smuggled into the United States. Material Witnesses stated they intended to travel to California to seek employment.