1    KAREN P. HEWITT
     United States Attorney
2    A. DALE BLANKENSHIP
     Assistant U.S. Attorney
3    California State Bar No. 235960
     United States Attorney's Office
4    880 Front Street, Room 6293
     San Diego, California 92101-8893
5    Telephone: (619) 557-6199 / Fax: (619) 235-2757
     Email: Dale.Blankenship@usdoj.gov
6
     Attorneys for Plaintiff
7    United States of America

8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA,        )    Criminal Case No. 08-CR-1829-H
                                      )
11                      Plaintiff,     )
                                      )    NOTICE OF APPEARANCE
12            v.                       )
                                      )
13   SANTIAGO VASQUEZ-JIMENEZ,         )
                                      )
14                      Defendants.    )

15

16   TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

17        I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned

18   case.   I certify that I am admitted to practice in this court or authorized to practice under

19   CivLR 83.3.c.3-4.

20        The following government attorneys (who are admitted to practice in this court or

21   authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be

22   listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic

23   Filings relating to activity in this case:

24        Name (If none, enter "None" below)

25        None.

26   //

27   //

28   //

Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

<u>Name</u> (If none, enter "None" below)

None.

Please call me if you have any questions about this notice.

DATED: June 25, 2008

                                    Respectfully submitted,

                                    KAREN P. HEWITT
                                    United States Attorney

                                    /s/ *A. Dale Blankenship*
                                    A. DALE BLANKENSHIP
                                    Assistant United States Attorney
                                    Attorneys for Plaintiff
                                    United States of America
                                    Email: Dale.Blankenship@usdoj.gov

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08-CR-1829-H |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| SANTIAGO VASQUEZ-JIMENEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY CERTIFIED THAT:

    I, A. DALE BLANKENSHIP, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

    I am not a party to the above-entitled action. I have caused service of **NOTICE OF APPEARANCE** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

**1.**    **Reza Keramati** **rabrera@elmslaw.com**
**2.**    **David L. Baker** **dlbakerlaw@aol.com**

    I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

    N/A

the last known address, at which place there is delivery service of mail from the United States Postal Service.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on June 25, 2008.

                    /s/ *A. Dale Blankenship*
                    A. DALE BLANKENSHIP
                    Assistant U.S. Attorney